IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA　　　　　　　Date:　　　October 1, 2018

vs.　　　　　　　　　　　　　　　　　　　　Case No.:　17-4020-02-CR-C-BCW

CHASTIDY SHONTAY RICE

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 1:33 pm　　　　　　　　**Time Terminated:** 1:40 pm

### APPEARANCES

Plaintiff's counsel:　　Jim Y. Lynn, AUSA
Defendant's counsel:　 Troy Stabenow, FPD
Probation officer:　　 Angela Palmerton

---

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts plea of guilty and adjudication of guilt. There are objections to the Presentence Report which are overruled, Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant sentenced to four years of probation on count 2 of the indictment. Standard/Additional Conditions of Supervision imposed.
FINE: waived; SPECIAL ASSESSMENT: $100; RESTITUTION: n/a. Defendant advised of right to appeal.

---

Court Reporter:　　　Denise Halsey
Courtroom Deputy:　 T. Lock